**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-1369**

─────────

WINFRED F. NICHOLSON,

Plaintiff - Appellant,

versus

THE COUNTY OF LOUDOUN, VIRGINIA,

Defendant - Appellee,

and

CARLOS J. SOLORZANO; COUNTY OF LOUDOUN, OFFICE
OF THE TREASURER; JOHN DOE, A-Z; JANE DOE, A-
Z,

Defendants.

─────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-98-1111-A)

─────────

Submitted: August 19, 1999      Decided: August 25, 1999

─────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Winfred F. Nicholson, Appellant Pro Se. Roderick Benedict Williams, HOPKINS & SUTTER, Washington, D.C.; John Richard Roberts, Leesburg, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Winfred F. Nicholson appeals the district court's order dismissing his action in which he complained that the County violated his civil rights by seizing a 1993 Lexus and assessing nearly $4,000 in personal property taxes. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Nicholson v. County of Loudoun, Virginia</u>, No. CA-98-1111-A (E.D. Va. Feb. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2